STEPHEN M. HAYES (SBN 83583)
CHERIE M. SUTHERLAND (SBN 217992)
**HAYES SCOTT BONINO ELLINGSON & McLAY, LLP**
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

\*\*E-Filed 6/10/2010\*\*

Attorneys for Defendants
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and CHRIS ELY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MOORE,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, CHRIS ELY, an individual, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C10-01534JF<br><br>[State Court Action: 110CV161524]<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND CHRIS ELY'S MOTION TO DROP AND DISMISS CHRIS ELY AND DIMISS TORTIOUS INTERFERENCE WITH CONTRACT CAUSE OF ACTION<br><br>Date:     ~~June 18, 2010~~ VACATED<br>Time:    9:00 a.m.<br>Ctrm:    3; 5th Floor<br>Judge:   Hon. Jeremy Fogel |

~~The~~ hearing on ~~On~~ June 18, 2010, Defendants State Farm Mutual Automobile Insurance Company and Chris Ely's (hereinafter collectively referred to as "State Farm") Motion to Drop and Dismiss Chris Ely And Dismiss Tortious Interference With Contract Cause of Action is VACATED. ~~came regularly on hearing before the Honorable Jeremy Fogel in Courtroom 3 of the United States District Court for the Northern District of California.~~

The court, having reviewed the papers filed in support of ~~and in opposition to,~~ the motion and the lack of opposition, and good cause appearing therefore:

IT IS HEREBY ORDERED that State Farm's Motion to Drop and Dismiss Chris Ely and

258739

-1-

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DROP AND DISMISS CHRIS ELY AND
DISMISS THIRD CAUSE OFACTION FOR TORTIOUS INTERFERENCE WITH CONTRACT

-2-

1  Dismiss Tortious Interference With Contract Cause of Action is GRANTED.

2  ***IT IS SO ORDERED.***

4  Dated: June  9  , 2010



HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE FOR THE
NORTHERN DISTRICT OF CALIFORNIA