UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA MOORE,<br><br>　　　　　Plaintiff,<br>　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, CHRIS ELY, an individual, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.: 10-CV-01534-LHK<br><br>ORDER GRANTING REQUEST TO EXTEND DISCOVERY DEADLINE |

Plaintiff has requested a 30- to 60-day extension of the non-expert discovery deadline in order to review Defendant State Farm's recently produced documents before taking depositions. Defendant filed a response to Plaintiff's request, but does not appear to oppose the request for an extension. Accordingly, and for good cause appearing, the Court GRANTS Plaintiff's request and hereby EXTENDS the non-expert discovery deadline to June 1, 2011. All other deadlines in the case remain as set.

**IT IS SO ORDERED.**

Dated: April 21, 2011

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 10-CV-01534-LHK
ORDER GRANTING REQUEST TO EXTEND DISCOVERY DEADLINE